**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 15-8018**

_____

UNITED STATES OF AMERICA,

             Plaintiff - Appellee,

     v.

ANGELO GALLOWAY, a/k/a Gelo,

             Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Mark S. Davis, District Judge. (2:10-cr-00096-MSD-TEM-2)

_____

Submitted: February 23, 2016      Decided: February 26, 2016

_____

Before MOTZ and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Angelo Galloway, Appellant Pro Se. Benjamin L. Hatch, Assistant United States Attorney, Joseph Kosky, OFFICE OF THE UNITED STATES ATTORNEY, Norfolk, Virginia, for Appellee,

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Angelo Galloway appeals the district court's order denying his motion to withdraw his guilty plea. We have reviewed the record and find no reversible error. At this juncture, Galloway can no longer seek relief from his guilty plea pursuant to Fed. R. Crim. P. 11. See Fed. R. Crim. P. 11(e). Insofar as his motion could be construed as a successive 28 U.S.C. § 2255 (2012) motion, the district court lacked jurisdiction to consider it. See United States v. McRae, 793 F.3d 392, 397 (4th Cir. 2015). Accordingly, we affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED